IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **THE GROUND GUYS SPV, LLC,**<br>    *Plaintiff,*<br><br>v.<br><br>**SHADOW ENVIRONMENT, LLC,**<br>**and ANDREW CHOI,**<br>    *Defendants.* | 6:23-CV-00018-ADA-JCM |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 18. The Report recommends that Plaintiff's Motion to Remand (ECF No. 8) under 28 U.S.C. § 1447(c) be **GRANTED**. The Report and Recommendation was filed on July 11, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Defendants filed objections on July 25, 2023. ECF No. 19. The Court has conducted a *de novo* review of the motion to remand, the report and recommendation, the objections to the report and recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske, ECF No. 18, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' objections are **OVERRULED**.

**IT IS FINALLY ORDERED** that Ground Guys SPV, LLC's Motion to Remand (ECF No. 8) is **GRANTED**. Therefore, it is ORDERED that this case is **REMANDED** to the 414th Judicial District Court in McLennan County, Texas.

SIGNED this 28th day of July, 2023.

*[signature]*

**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**